IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATONYA FORD, o/b/o a minor child, | § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. H-12-1432 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| Defendant. | § § | |

## ORDER

Come now for consideration Defendant's Motion to Dismiss Plaintiff's Complaint for want of subject-matter jurisdiction. After consideration of the motion, it is hereby

**ORDERED** that the Commissioner's Motion to Dismiss is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

SIGNED this 3rd day of Sept., 2013, at Houston, Texas.

VANESSA D. GILMORE
**UNITED STATES DISTRICT JUDGE**